IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 DEC 16 PM 6: 07

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D MEMPHIS

600 MARSHALL ENTERTAINMENT
CONCEPTS, LLC, d/b/a THE SPOT,

    Petitioner,

vs.                                            No. 05-2865-DP

THE CITY OF MEMPHIS,

    Respondent.

## ORDER GRANTING MOTION TO INTERVENE

Before the Court is the motion to intervene pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure of Memphis Medical Center, a division of the Memphis Bio-Works Foundation's ("Bio-Works"). Upon a review of the pleadings and the record as a whole, the Court hereby grants the Motion.

So ORDERED this 16 day of December, 2005.

By: /s/ Bernice Donald
The Honorable Bernice Donald
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/20/05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02865 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

J. Michael Fletcher
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Michael W. Hughes
CITY ATTORNEY'S OFFICE-Memphis
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT